IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03208-WJM-MEH

JUDITH BUTT, and
DONALD BUTT,

    Plaintiffs,

v.

WRIGHT MEDICAL TECHNOLOGY, INC.,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 30, 2015**.

    Defendant's Unopposed Motion for Protective Order [filed April 29, 2015; docket #22] is **granted in part and denied in part**. With the exception of the provision in paragraph 9 requiring this Court to retain jurisdiction after the termination of the matter, the proposed order is accepted and filed contemporaneously with this minute order.